UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                  :

ALBERT NORMATOV,                       :

                          Petitioner,    :

                                    :        26-CV-132 (JMF)

       -v-                       :

                                    :        <u>TRANSFER ORDER</u>

LADEON FRANCIS et al.,         :

                                  :

                        Respondents.  :

                                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the representations made in the letter filed by Respondents, *see* ECF No. 8, and the absence of any facts to the contrary in Petitioner's filings, it is hereby ORDERED that this case is transferred to the United States District Court for the Eastern District of New York. To ensure the transferee court has the opportunity to evaluate Petitioner's claims, it is further ORDERED that Respondents shall not remove Petitioner from the United States or transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey unless and until the transferee court orders otherwise. Counsel for Respondents shall immediately notify their counterparts in the transferee district of this case and share copies of this Order and all other Orders entered in the case to date.

      The Clerk of Court is directed to transfer the action to the United States District Court for the Eastern District of New York immediately and notwithstanding Local Rule 83.1 and then to close the case in this Court.

      SO ORDERED.

Dated: January 8, 2026
      New York, New York                                _____

                                               JESSE M. FURMAN
                                            United States District Judge